UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:8:14-cv-2698-T-30EAJ

HASSAN SULTAN,

    Plaintiff,

vs.

HK CRAIG & ASSOCIATES, LLC,

    Defendant(s).
_____/

## DECLARATION OF TIME

JASON S. WEISS, ESQ., hereby certifies as follows:

1. That the attorney fees and time spent by Weiss Law Group, P.A., with regard to the above-captioned case amounted to a total of $2,940.00.

The total time spent is detailed as follows:

| Employee | Date | Service Rendered | Hourly Rate | Time | Fee |
|---|---|---|---|---|---|
| Paralegal | | Consultation | 150.00 | 1.5 hours | $225.00 |
| Paralegal | 3/5/14 | Entity Search – Viability Assessment | 150.00 | 1 hour | $150.00 |
| Managerial Staff | 3.15.14 | File Review – Approval | 150.00 | 0.6 hours | $90.00 |
| Paralegal | 3/16/15 | Review Evidence/Prep File – Written Statements | 150.00 | 0.7 hours | $105.00 |
| Attorney | 3/17/14 | Attorney Review | 300.00 | 0.5 hours | $150.00 |
| Paralegal | 4/4/14 | File Transmission to Local Counsel | 150.00 | 0.5 hours | $75.00 |
| Attorney | 4/8/14 | Drafted and sent correspondence to Defendant | 300.00 | 0.5 hours | $150.00 |
| Attorney | 10/21/14 | Drafted Complaint and Initiating Documents | 300.00 | 1.7 hours | $510.00 |
| Paralegal | 10/24/14 | Prepare Packet for Service | 150.00 | 0.4 hours | $60.00 |
| Attorney | 11/7/14 | Draft Notice of Pendency and File | 300.00 | 0.3 hours | $90.00 |
| Attorney | 1/28/15 | File Return of Service with Clerk | 300.00 | 0.2 hours | $60.00 |

| Attorney | 1/28/14 | Drafted & Filed Clerk's Request for Default | 300.00 | 1.5 hours | $450.00 |
| Attorney | 2/12/15 | Drafted Motion for Default Judgment | 300.00 | 2.6 hours | $780.00 |
| Paralegal | 2/20/15 | File Motion for Default Judgment | 150.00 | 0.3 hours | $45.00 |
| | | **TOTAL ATTORNEY / PARALEGAL FEES** | | | **$2,940.00** |

2. That the costs for above captioned case amounted to a total of $478.09. The total costs are detailed as follows:

| <u>DESCRIPTION</u> | FEE |
|---|---|
| Copies | $2.60 |
| Postage | $.49 |
| Process Server | $75.00 |
| Filing Fee(s) | $400.00 |
| Data Base Technology (DBT) | $.00 |
| **TOTAL COSTS** | **$478.09** |

3. That the amount due for the claims brought in Plaintiff's Complaint is as follows:

   Defendant, HK CRAIG ASSOCIATES, LLC:

   - $1,000.00 statutory damages pursuant to 15 U.S.C. §1692k;
   - such other relief as this Court may deem proper.

4. That the total amount requested for Defendant's Default is $4,418.09 and any additional amount determined by this Court.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true.

Dated: 2/24/15

-3-

Respectfully Submitted,

**WEISS LAW GROUP, P.A.**
5531 N. University Drive
 Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798


BY:_____
      Jason S. Weiss
      Jason@jswlawyer.com
      Florida Bar No. 356890
      Peter S. Leiner
      Peter@jswlawyer.com
      Florida Bar No. 104527