UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:8:14-cv-2698-T-30EAJ

HASSAN SULTAN,

    Plaintiff,

vs.

HK CRAIG & ASSOCIATES, LLC,

    Defendant(s).
_____/

## DECLARATION OF PETER S. LEINER, ESQ. IN SUPPORT OF REQUEST TO ENTER DEFAULT JUDGMENT

PETER S. LEINER, ESQ., hereby certifies as follows:

1. I am an attorney at law in the State of Florida at the Weiss Law Group, P.A., attorneys for Plaintiff, Hassan Sultan, in the above-captioned litigation. As such, I am familiar with all of the facts set forth below.

2. I submit this Certification in support of Plaintiff's request for the entry of default against Defendant, HK CRAIG & ASSOCIATES, LLC ("Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

3. This action was commenced on or about, October 27, 2014, when Plaintiff filed a Complaint against Defendant. *See* Docket Entry No.1.

4. Defendant, HK CRAIG & ASSOCIATES, LLC, was served with the Court issued Summons and filed stamped Complaint on November 19, 2014. *See* Docket Entry No. 5.

5. More than twenty-one (21) days have elapsed since the date on which service of the Summons and Complaint was effective.

6. Neither Plaintiff nor the Court has granted Defendant any extension of time to respond to the Complaint.

7. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

8. The Court Clerk entered default against Defendant on January 29, 2015. (See Docket Entry Number 7).

9. Based on the above, Plaintiff respectfully request that default judgment be entered against Defendant.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true.

Dated: 2/24/15

Respectfully Submitted,

**WEISS LAW GROUP, P.A.**
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY: _____
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527